UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD., et al., <br><br> Defendants. | Case No. 3:12-cv-03865-VC <br><br> **ORDER GRANTING STAY** |

Plaintiffs ask the court to stay all deadlines and proceedings in this case[1] other than the deadline for Plaintiffs to seek relief and file objections to the undersigned's Claim Construction Report and Recommendation.[2] In light of that report, Plaintiffs offered Defendants in this and the related actions[3] a stipulation to a judgment of non-infringement should Judge Chhabria adopt the recommended construction of "an entire oscillator disposed upon said integrated circuit substrate" in U.S. Patent 5,809,336.[4]

---

[1] *See* Docket No. 100.

[2] *See* Docket No. 98.

[3] *See Technology Properties Limited, LLC et al. v. ZTE Corporation et al.*, Case No. 3:12-cv-03876-VC; *Technology Properties Limited LLC et al.v. Nintendo Co., Ltd et al.,* Case No. 3:12-cv-03881-VC; *Technology Properties Limited LLC et al.v. LG Electroncis, Inc. et al.,* Case No. 3:12-cv-03880-VC; *Technology Properties Limited LLC et al.v. Samsung Electronic Co., LTD et al.,* Case No. 3:12-cv-03877-VC.

[4] *See* Docket No. 100 at 1.

1

Case No. 3:12-cv-03865-VC
ORDER GRANTING STAY

1   The other Defendants accepted the offer and agreed to stay;[5] Defendants here declined.[6] They say they have a right to pursue their claim that the '336 patent is invalid, and that a stay would unfairly delay their right to a ruling.[7]

With full appreciation of Defendants' interest in finally getting a resolution of a dispute between the parties that began in 2006, on balance a stay is warranted. With the related cases stayed, there is little or no reason to proceed here in a piecemeal fashion. As the court explained before, the primary goal of the referral to the undersigned is give the presiding judge a single package of items for final resolution if necessary. That goal is undermined by anything less than a complete stay.

Plaintiffs' motion is GRANTED.

**SO ORDERED.**

Dated: October 2, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[5] *See Technology Properties Limited, LLC et al. v. ZTE Corporation et al.*, Case No. 3:12-cv-03876-VC at Docket No. 111; *Technology Properties Limited LLC et al.v. Nintendo Co., Ltd et al.,* Case No. 3:12-cv-03881-VC at Docket No. 108; *Technology Properties Limited LLC et al.v. LG Electroncis, Inc. et al.,* Case No. 3:12-cv-03880-VC at Docket No. 119; *Technology Properties Limited LLC et al.v. Samsung Electronic Co., LTD et al.,* Case No. 3:12-cv-03877-VC at Docket No. 106.

[6] *See* Docket No. 100 at 1.

[7] *See* Docket No. 103 at 1.

2

Case No. 3:12-cv-03865-VC
ORDER GRANTING STAY