**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>HUAWEI TECHNOLOGIES CO., LTD., Et al.,<br>　　　　　Defendants. | Case No. 3:12-cv-03865-VC (PSG)<br><br>**NOTICE OF APPEAL** |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>ZTE CORPORATION, et al.,<br>　　　　　Defendants. | Case No. 3:12-cv-03876-VC (PSG) |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>　　　　　Defendants. | Case No. 3:12-cv-03877-VC (PSG) |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>LG ELECTRONICS, INC., et al.<br>　　　　　Defendants. | Case No. 3:12-cv-03880-VC (PSG) |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> NINTENDO CO., LTD., et al. <br><br>          Defendants. | Case No. 3:12-cv-03881-VC (PSG) |

Notice is hereby given that Plaintiffs Technology Properties Limited LLC, Phoenix Digital Solutions LLC, and Patriot Scientific Corporation (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment of Non-Infringement (Dkt. No. 113)[1] entered in the above-captioned matters on or about November 13, 2015, and all orders that are intertwined with, that are related to, or that resulted in such Judgment including, but not limited to:

- Claim Construction Report and Recommendation (Dkt. No. 104), entered on September 22, 2015; and
- Order Adopting Magistrate Judge's Report and Recommendation (Dkt. No. 111), entered on November 9, 2015.

Included is payment of the $5 filing fee required by 28 U.S.C. § 1917 and the $450 docketing fee required by Federal Circuit Rule 52(a)(3)(A), paid to this Court pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

---

[1] Unless otherwise indicated, docket numbers refer to documents from *Technology Properties Ltd., et al. v. Samsung Electronics Co., Ltd.*, Case No. 3:12-cv-3877.

| | |
|---|---|
| Dated:   December 7, 2015 | Respectfully Submitted, |

/s/ Barry J. Bumgardner
**NELSON BUMGARDNER, P.C.**
Edward R. Nelson, III (*Pro Hac Vice*)
ed@nelbum.com
Brent Nelson Bumgardner (*Pro Hac Vice*)
brent@nelbum.com
Barry J. Bumgardner (*Pro Hac Vice*)
barry@nelbum.com
Thomas Christopher Cecil (*Pro Hac Vice*)
tom@nelbum.com
John Murphy (*Pro Hac Vice*)
murphy@nelbum.com
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

**BANYS, P.C.**
Christopher D. Banys (SBN 230038)
cdb@banyspc.com
Jennifer Lu Gilbert (SBN 255820)
jlg@banyspc.com
Christopher J. Judge (SBN 274418)
cjj@banyspc.com
Richard Cheng-hong Lin (SBN 209233)
rcl@banyspc.com
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Phone: (650) 308-8505
Fax: (650) 353-2202

**ALBRITTON LAW FIRM**
Eric M. Albritton (*Pro Hac Vice*)
ema@emafirm.com
P.O. Box 2649
Longview, Texas 75606
Phone: (903) 757-8449
Fax: (903) 758-7397

**Attorneys for Plaintiff**
**PHOENIX DIGITAL SOLUTIONS LLC**

/s/ Charles T. Hoge (with permission)
**KIRBY NOONAN LANCE & HOGE LLP**
Charles T. Hoge (SBN 110696)
choge@knlh.com
350 Tenth Avenue, Suite 1300
San Diego, California 92101
Phone: (619) 231-8666

**Attorneys for Plaintiff**
**PATRIOT SCIENTIFIC CORPORATION**

/s/ William L. Bretschneider (with permission)
**SILICON VALLEY LAW GROUP**
William L. Bretschneider (SBN 144561)
wlb@svlg.com
50 W. San Fernando Street, Suite 750
San Jose, California 95113
Phone: (408) 573-5700
Fax: (408) 573-5701

**Attorneys for Plaintiff**
**TECHNOLOGY PROPERTIES LIMITED LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on December 7, 2015, I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

Dated: December 7, 2015                    By:   /s/ *Barry J. Bumgardner*
                                                  Barry J. Bumgardner