*(Counsel Listed On Signature Page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, AND PATRIOT SCIENTIFIC CORPORATION., <br><br> Plaintiffs, <br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD AND HUAWEI NORTH AMERICA., <br> Defendants. | Case No. 3:12-cv-03865-VC <br><br> **NOTICE OF CHANGE IN COUNSEL** |
| v. <br><br> ZTE CORPORATION AND ZTE (USA) INC., <br><br> Defendants. | Case No. 3:12-cv-03876-VC |
| v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 3:12-cv-03877-VC |
| v. <br><br> LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC., <br><br> Defendants. | Case No. 3:12-cv-03880-VC |
| v. <br><br> NINTENDO CO., LTD. AND NINTENDO OF AMERICA INC., <br><br> Defendants. | Case No. 3:12-cv-03881-VC |

NOTICE OF CHANGE IN COUNSEL         1

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that effectively immediately, pursuant to Civil Local Rule 5-1(c)(2)(C), Banys, P.C. and all of the following attorneys hereby withdraw as attorneys of record for Plaintiff Phoenix Digital Solutions, LLC ("Phoenix"):

Christopher D. Banys (SBN: 230038)

Richard C. Lin (SNB: 209223)

Jennifer L. Gilbert (SNB: 255820)

Christopher J. Judge (SBN 274418)

The law firm of Banys, P.C. served as local counsel. The law firm of Nelson Bumgardner, P.C. will remain lead counsel for Phoenix. Please remove all of the above-listed counsel from all notices and papers and from the Court's ECF service list for this matter.

Please continue to direct all future mailings to Nelson Bumgardner, P.C.

Dated: June 5, 2017

Respectfully submitted,

By: */s/ Christopher D. Banys*
Christopher D. Banys
Jennifer L. Gilbert
Richard C. Lin
Christopher J. Judge
cdb@banyspc.com
jlg@banyspc.com
rcl@banyspc.com
cjj@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 353-2202

**Attorneys for Plaintiff,**
**PHOENIX DIGITAL SOLUTIONS, LLC**